JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **GERARDO CHAVIRA, JUNIOR,**<br>Petitioner,<br>v.<br>RAYMOND MADDEN (Warden),<br>Respondent. | **Case No. SA CV 17-01288-VBF-AS**<br><br>**FINAL JUDGMENT** |

 Pursuant to this Court's Order Denying the Habeas Corpus Petition and Dismissing the Action <u>With Prejudice</u>, **final judgment is hereby entered in favor of the respondent and against petitioner Gerardo Chavira, Junior.**

Dated: January 29, 2018

*Valerie Baker Fairbank*

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge